# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00472-CV

**Howard Bart Freidman, Appellant**

**v.**

**Deborah Jenkins, Appellee**

### FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-22-002444, THE HONORABLE JESSICA MANGRUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Howard Bart Freidman filed a motion to dismiss this appeal on grounds that the trial court's protective order did not dispose of all issues and was not final and appealable, leaving this Court without jurisdiction.

We grant the motion and dismiss this appeal.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Dismissed

Filed: March 10, 2023